UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCING AMERICAN FREEDOM FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Civil Action No. 24-2803 (PLF) |

## JOINT STATUS REPORT

Pursuant to the Court's January 3, 2026, Minute Order, Plaintiff, Advancing American Freedom Foundation, and Defendant, the Department of Health and Human Services, respectfully submit the following joint status report to update the Court on the processing of Plaintiff's Freedom of Information Act ("FOIA") requests.

1.    This is an action under FOIA concerning two identical FOIA requests submitted on or about June 3, 2024, and directed to the Department and its component, the Food and Drug Administration ("FDA").

2.    Plaintiff filed the Complaint on October 2, 2024, and Defendant filed its Answer on December 23, 2024. The FOIA requests, which are the best evidence of their contents, generally concern the approval of mifepristone and request records from November 1, 1992, to January 31, 2001.

3.    Defendant has provided Plaintiff with a link to records FDA made publicly available concerning mifepristone, including the approval of Mifeprex, through at least April 2001: https://wayback.archive-it.org/7993/20161024033540/http:/www.fda.gov/Drugs/DrugSafety/

PostmarketDrugSafetyInformationforPatientsandProviders/ucm085168.htm.   Defendant   has represented that all non-exempt, extant responsive records are available at the link.

4. Plaintiff has challenged Defendant's assertion and provided specific examples of records that Plaintiff believes were not included in the publicly available FDA repository.

5. Defendant maintains that the search conducted to create the public repository would have encompassed all records responsive to Plaintiff's FOIA requests. Defendant, however, has identified records that were collected and withheld as exempt at the time of the search and that may be responsive to Plaintiff's FOIA requests. Defendant is assessing those records to determine whether they may be disclosed.

6. The parties have agreed to continue to work together cooperatively to determine next steps for this case, ideally without the need for further litigation and further use of this Court's resources.

7. Accordingly, the parties respectfully request that they file a joint status report on or before March 20, 2026, to update the Court on the status of this matter. A proposed order is enclosed.

Dated: February 2, 2026                                      Respectfully submitted,

*/s/ Meredith Di Liberto*                                    JEANINE FERRIS PIRRO
MEREDITH DI LIBERTO                                          United States Attorney
D.C. Bar No. 487733
PAUL J. ORFANEDES
D.C. Bar No. 429716                                          By:  *Allison I. Brown*
JUDICIAL WATCH, INC.                                              ALLISON I. BROWN
425 Third Street SW, Suite 800                                    Assistant United States Attorney
Washington, DC 20024                                              601 D Street, NW
Tel:   (202) 646-5172                                             Washington, DC 20530
mdiliberto@judicialwatch.org                                      (202) 252-7822
porfanedes@judicialwatch.org

                                                             *Attorneys for the United States of America*
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCING AMERICAN FREEDOM FOUNDATION,<br><br>      Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>      Defendant. | Civil Action No. 24-2803 (PLF) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, and the entire record herein, it is hereby

ORDERED that the parties shall file another joint status report on or before March 20, 2026.

SO ORDERED, this _____ day of _____, 2026.

_____
PAUL L. FRIEDMAN
United States District Judge